# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Devin Hyman, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00062-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Miller et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 24, 2019 Order.

April 24, 2019

_____
Frank G. Johns, Clerk
United States District Court